FILED
2009 Apr-29 PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **LAVOTHA RABY, TERRY WILSON,** ) <br> **VERA CARR, TAMMY LARK,** ) <br> **BRENDA HARRIS, JESSIE JONES,** ) <br> **MITCHELL LILLY, SARAH ANN** ) <br> **SALTERS, JAMES YOUNG,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **ALABAMA DEPARTMENT OF** ) <br> **MENTAL HEALTH and MENTAL** ) <br> **RETARDATION, et al.,** ) <br> ) <br> **Defendant.** ) | **Civil Action No.** <br><br> **7:07-CV-516-RRA** |

## MEMORANDUM OPINION

This case is before the court on the Alabama Department of Mental Health and Mental Retardation's ("the Department") Second Motion for Partial Dismissal of the First Amended Complaint. (Doc. #25). The motion seeks dismissal of Count Four of the First Amended Complaint to the extent it is asserted against the Department. On April 10, 2009, the magistrate judge recommended that the motion be granted. No objections to that recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. An appropriate order will be entered.

**DONE** and **ORDERED** this ___28th___ day of April, 2009.

/s/ R. David Proctor

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE