FILED
2010 Feb-23  AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LAVOTHA RABY, TERRY WILSON, VERA CARR, TAMMY LARK, BRENDA HARRIS, JESSIE JONES, MITCHELL LILLY, SARAH ANN SALTERS, JAMES YOUNG, <br><br>    Plaintiffs, <br><br>v. <br><br> ALABAMA DEPARTMENT OF MENTAL HEALTH and MENTAL RETARDATION, JOHN M. HOUSTON Commissioner, The State of Alabama Department of Mental Health & Mental Retardation, <br><br>    Defendants. | Civil Action No.: 7:07-CV-516-RDP |

## MEMORANDUM OPINION

The case is now before the court on Defendant Alabama Department of Mental Health and Mental Retardation's Motion for Summary Judgment. (Doc. #28). On January 26, 2010, the magistrate judge recommended that the motion be granted. An objection to the recommendation has been filed by Plaintiffs, but no specific portions of the recommendation are set out as being in error.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court specifically finds that there is no genuine issue of material fact, and that Defendant Alabama Department of Mental Health and Mental Retardation is entitled to judgment as a matter of law.

**DONE** and **ORDERED** this      22nd       day of February, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE